WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garrett Miller-Cunningham, | No. CV-17-02098-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Michael MacAllister, et al., | |
| Defendants. | |

Pending before the Court is Defendants' motion (Doc. 15) for relief from the MIDP order (Doc. 4). In that motion, counsel states "Defendants have filed a motions [sic] to dismiss based on qualified immunity." (Doc. 15 at 1). In reality, one Defendant, Michael MacAllister, has filed a motion to dismiss based on qualified immunity. The other Defendant, Pinal County, has filed a motion to dismiss for failure to state a claim.

The MIDP order makes clear that motions to dismiss for failure to state a claim are not a basis to not answer or not proceed with the mandatory discovery. (Doc. 4 at 5). Therefore, discovery must proceed consistent with the MIDP order as to Defendant Pinal County.[1]

As to Defendant Michael MacAllister, the Court has the discretion to defer the time to answer and to begin discovery because Defendant MacAllister has filed a motion to dismiss based on qualified immunity. (Doc. 4 at 5 ("The Court may defer the time for

---

[1] Pinal County seemingly has acknowledged this, as it answered in addition to filing a motion to dismiss.

filing such pleadings, for good cause, while it considers a motion to dismiss based on lack of subject-matter jurisdiction, lack of personal jurisdiction, sovereign immunity, or absolute or qualified immunity of a public official.")). Preliminary, the Court rejects Defendants' implied argument that the MIDP order allows this Court to delay mandatory discovery as to ALL Defendants (including answering Defendants) if any ONE Defendant files a motion to dismiss based on qualified immunity.

Further, the Court declines to delay the filing of an answer, which then triggers compliance with the mandatory discovery, in this case. As noted above, the parties must comply with the MIDP order with respect to Defendant Pinal County; therefore, the Court does not see any efficiency in delaying discovery surrounding the same incident as to Defendant MacAllister. Thus, the Court finds no good cause to delay the time to answer. Accordingly,

**IT IS ORDERED** that the motion for relief from the MIDP order (Doc. 15) is denied.

**IT IS FURTHER ORDERED** that Defendant MacAllister must answer by the deadline the answer was originally due, or by August 25, 2017, whichever is later.

Dated this 23rd day of August, 2017.

James A. Teilborg
Senior United States District Judge